UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ARAMIS CONSTRUCTION INC.

       -V-

MT. HAWLEY INS. CO., et al
-----------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2011 ★
BROOKLYN OFFICE

ORDER

10-cv-5973 (JBW)

No objection having been filed, the Magistrate Judge's recommendation is adopted in it's entirety. The case is dismissed.

So Ordered:

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 12/12/11

